# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
) Case No.
SALVADOR SANDOVAL JR. )
DOB: XX/XX/XXXX )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ in the District of **Columbia**, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. 231(a)(3) – Obstructing, impeding or interfering with law enforcement
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Knowingly Impeding or Disrupting the Orderly Conduct of Government,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds and
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Eric Lopez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/18/2021

*Judge's signature*

City and state: Washington, D.C.   G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*