AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:21-mj-00119-CFB |
| Salvador Sandoval Jr. ) | |
| ) | Charging District: District of Columbia |
| *Defendant* ) | Charging District's Case No. 1:21-mj-00242-GMH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, District of Columbia<br>333 Constitution Ave., NW<br>Via Zoom before Judge Robin M. Meriweather | Courtroom No.: Via Zoom |
|---|---|
| | Date and Time: 2/25/2021 1:00 pm EST |

Subject to holding an Identity Hearing in the Southern District of Iowa, 11:45AM CST in person at the U.S. Courthouse in Des Moines, IA. If the Identity Hearing in the Southern District of Iowa is waived, a Commitment to the District of Columbia will be entered. NOTE: THE APPEARANCE IN THE DISTRICT OF COLUMBIA IS EASTERN STANDARD TIME.

February 19, 2021

*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge
*Printed name and title*

Date:

THE CLERK OF COURT SHALL PROVIDE INSTRUCTIONS FOR CONNECTING TO ZOOM TO COUNSEL FOR DEFENDANT.